IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RUBY, | ) | CASE NO. 2:18-cv-00400-JHS |
| | ) | |
| Plaintiff, | ) | JUDGE JOEL H. SLOMSKY |
| | ) | |
| vs. | ) | |
| | ) | |
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC L. ZALUD**

Attorney Eric Larson Zalud for Defendant DISH Network L.L.C. ("DISH") respectfully

moves for admission *pro hac vice* – in accordance with *Judge Slomsky's Scheduling And Motion*

*Policies And Procedures*[1] – and in support represents as follows:

1.    Admissions:  State of Indiana; State of Ohio; USDC, Northern District of Indiana;

USDC, Southern District of Indiana; USDC, Northern District of Ohio; USDC, Southern District

of Ohio; USDC, District of Colorado; USDC, Eastern District of Michigan; USDC, Eastern

District of New York; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Sixth Circuit;

Supreme Court of the United States; U.S. Court of Appeals, Seventh Circuit; U.S. Court of

Appeals, Fourth Circuit; and U.S. Court of Appeals, Fifth Circuit.

2.    For over ten years, Mr. Zalud has represented DISH in lawsuits involving the

Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA").  In the instant lawsuit,

Plaintiff's single cause of action alleges that DISH violated the TCPA. (*See* Plaintiff's Complaint,

¶ 1.)  Mr. Zalud is qualified to act as *pro hac vice* counsel based upon his legal skills and depth of

---

[1] "Counsel moving for the *pro hac vice* admission of an attorney must file a motion setting forth in detail the attorney's admissions, the reason why the party desires the attorney to participate and why the attorney is especially qualified to do so."  (Page 4, Subsection E.)

TCPA knowledge.  DISH desires that Mr. Zalud act as *pro hac vice* counsel because of Mr. Zalud's

TCPA knowledge particularly as it relates to the instant lawsuit.


*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (Pa. I.D. No. 87910)
**BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP**
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone:     267-207-2947
Facsimile:     267-207-2949
Email:          jhoover@beneschlaw.com

Eric Larson Zalud (*Pro Hac Vice Application
Pending*)
 **BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:     216-363-4500
Facsimile:     216-363-4588
Email:          ezalud@beneschlaw.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, a copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC L. ZALUD was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Jennifer R. Hoover
Jennifer R. Hoover
*Attorney for Defendant DISH Network L.L.C.*

3

11018657 v1