APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HENRY RUBY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DISH NETWORK L.L.C. | : | NO. 2:18-cv-00400-JHS |

ORDER

AND NOW, this _____ Day of April _____, 2018, it is hereby

ORDERED that the application of <u>Eric L. Zalud</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-00400-JHS

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Eric L. Zalud__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Indiana | 10/18/1985 | 12053-49 |
| Ohio | 11/16/1987 | 0038959 |
| | | |

B.  I state that I am currently admitted to practice in the following federal jurisdictions: **See attached for remainder of list.**

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC ND Indiana | 10/18/1985 | |
| USDC SD Indiana | 10/18/1985 | |
| USDC ND Ohio | 01/29/1988 | |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   DISH Network L.L.C.

_____
(Applicant's Signature)

04/06/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Benesch, Friedlander, Coplan & Aronoff LLP

200 Public Square, Suite 2300, Cleveland, OH 44114-2378

(216) 363-4500

Sworn and subscribed before me this

____ Day of _____, 200___

_____
Notary Public

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Eric L. Zalud___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jennifer R. Hoover | [signature] | 12/14/2001 | 87910 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Benesch, Friedlander, Coplan & Aronoff LLP, Telephone - 302-442-7006

222 Delaware Avenue, Suite 801

Wilmington, Delaware 19801

Sworn and subscribed before me this

9th Day of April, 2007

[signature]
Notary Public

MICHAEL J. BARRIE
Attorney at Law, Notary
DE Bar ID #4684
Perpetual Commission
Unif. Notarial acts, 29 Del.C. § 4323(a)(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RUBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISH NETWORK L.L.C. | : | |
| | : | NO.  2:18-cv-00400-JHS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Eric L. Zalud_____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

by using the ECF system to: Amy L.B. Ginsburg, teamkimmel@creditlaw.com

Kimmel & Silverman, P.C.

30 E. Butler Pike, Ambler, PA 19002


_[signature]_
Signature of Attorney

Jennifer R. Hoover
Name of Attorney

Defendant DISH Network
Name of Moving Party

04/06/2018
Date

# ERIC L. ZALUD

## FEDERAL JURISDICTIONS CURRENTLY ADMITTED TO

| COURT | DATE OF ADMISSION |
| --- | --- |
| U.S. Court of Appeals, Sixth Circuit | 03/09/1988 |
| USDC, Eastern District of Michigan | 09/17/2001 |
| USDC, Southern District of Ohio | 05/21/2004 |
| USDC, District of Colorado | 11/16/2010 |
| Supreme Court of the United States | 11/26/2012 |
| U.S. Court of Appeals, Second Circuit | 03/29/2013 |
| USDC, Eastern District of New York | 01/30/2014 |
| U.S. Court of Appeals, Fourth Circuit | 11/18/2014 |
| U.S. Court of Appeals, Fifth Circuit | 12/29/2014 |