IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RUBY, | ) | CASE NO. 2:18-cv-00400-JHS |
| | ) | |
| Plaintiff, | ) | JUDGE JOEL H. SLOMSKY |
| | ) | |
| vs. | ) | |
| | ) | |
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA E. KOGAN**

Attorney Laura E. Kogan for Defendant DISH Network L.L.C. ("DISH") respectfully moves for admission *pro hac vice* – in accordance with *Judge Slomsky's Scheduling And Motion Policies And Procedures*[1] – and in support represents as follows:

1. Admissions: State of Ohio; USDC, Northern District of Ohio; US Court of Appeals, Fifth Circuit; and US Court of Appeals, Fourth Circuit.

2. For over four years, Ms. Kogan has represented DISH in lawsuits involving the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA"). In the instant lawsuit, Plaintiff's single cause of action alleges that DISH violated the TCPA. (*See* Plaintiff's Complaint, ¶ 1.) Ms. Kogan is qualified to act as *pro hac vice* counsel based upon his legal skills and depth of TCPA knowledge. DISH desires that Ms. Kogan act as *pro hac vice* counsel because of Ms. Kogan's TCPA knowledge particularly as it relates to the instant lawsuit.

---

[1] "Counsel moving for the *pro hac vice* admission of an attorney must file a motion setting forth in detail the attorney's admissions, the reason why the party desires the attorney to participate and why the attorney is especially qualified to do so." (Page 4, Subsection E.)

2

        */s/ Jennifer R. Hoover*
        Jennifer R. Hoover (Pa. I.D. No. 87910)
        **BENESCH, FRIEDLANDER, COPLAN**
           **& ARONOFF LLP**
        One Liberty Place
        1650 Market Street, 36th Floor
        Philadelphia, PA 19103
        Telephone:   267-207-2947
        Facsimile:    267-207-2949
        Email:        jhoover@beneschlaw.com

        Eric Larson Zalud (*Pro Hac Vice*)
        **BENESCH, FRIEDLANDER, COPLAN**
           **& ARONOFF LLP**
        200 Public Square, Suite 2300
        Cleveland, OH 44114
        Telephone:   216-363-4500
        Facsimile:    216-363-4588
        Email:        ezalud@beneschlaw.com

        *Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF LAURA E. KOGAN was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover
*Attorney for Defendant DISH Network L.L.C.*

3

11103570 v1