APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RUBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISH NETWORK L.L.C. | : | |
| | : | NO. 2:18-cv-00400-JHS |

ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of <u>Benjamen E. Kern</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-00400-JHS

## *APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Benjamen E. Kern_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Ohio | 11/10/2003 | 0076218 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Texas | 09/26/2013 | 24086853 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Tennessee | 10/20/2015 | 034095 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:* See attached for remainder of list.

| USDC, SD OH | 07/09/2004 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC, ND OH | 08/16/2004 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USCOA, Sixth Cir. | 05/09/2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   DISH Network L.L.C.

_____
(Applicant's Signature)

05/09/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Benesch, Friedlander, Coplan & Aronoff LLP

41 South High Street, Suite 2600, Columbus, OH 43215-6164

(614) 223-9300

Sworn and subscribed before me this
9th Day of May, 2018
_____
Notary Public

GREGRIE A. WILLSON
Notary Public, State of Ohio
My Commission Expires
May 25, 2021
(Recorded in Lorain County)

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Benjamen E. Kern___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jennifer R. Hoover | *[signature]* | 12/14/2001 | 87910 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Benesch, Friedlander, Coplan & Aronoff LLP, Telephone - 302-442-7006

222 Delaware Avenue, Suite 801

Wilmington, Delaware 19801

Sworn and subscribed before me this

9th Day of May, 2018

*[signature]*
Notary Public

*[Notary seal: KEVIN M. CAPUZZI, NOTARIAL OFFICER, DE BAR ID #5462, STATE OF DELAWARE, Per 29 DEL. C. §4323(a)(3)]*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RUBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISH NETWORK L.L.C. | : | |
| | : | NO.  2:18-cv-00400-JHS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Benjamen E. Kern____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

by using the ECF system to: Amy L.B. Ginsburg, teamkimmel@creditlaw.com

Kimmel & Silverman, P.C.

30 E. Butler Pike, Ambler, PA 19002

Signature of Attorney

Jennifer R. Hoover
Name of Attorney

Defendant DISH Network
Name of Moving Party

5/9/2018
Date

| COURT | DATE OF ADMISSION |
|---|---|
| USCOA, Federal Circuit | 01/13/2009 |
| USDC, District of Colorado | 12/01/2011 |
| USDC, Northern District of Texas | 02/11/2014 |
| USCOA, Fourth Circuit | 11/18/2014 |
| USDC, Eastern District of Texas | 12/08/2014 |
| USCOA, Fifth Circuit | 12/29/2014 |
| USDC, Western District of Tennessee | 04/29/2016 |