IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY RUBY,

          Plaintiff,

   v.

DISH NETWORK, LLC,

          Defendant.

CIVIL ACTION
NO. 18-cv-00400

## ORDER

**AND NOW**, this 15th day of May 2018, upon consideration of Benjamen E. Kern, Esquire's Motion for Pro Hac Vice Admission to appear on behalf of Defendant (Doc. No. 12), it is **ORDERED** that the Motion for Pro Hac Vice Admission (Doc. No. 12) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.